FILED

NOV 3 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

SUPPRESSED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 26-40061-JPG |
| | ) | |
| HARRY L. EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

**COUNT 1**
**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**

On or about August 21, 2026, in Williamson County, Illinois, within the Southern District of Illinois,

**HARRY L. EDWARDS,**

defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the total amount of a mixture or substance containing a detectable amount of methamphetamine involved was fifty (50) grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

**A TRUE BILL**

[redacted]

Digitally signed by STEVEN WEINHOEFT
Date: 2026.10.08 14:59:54 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

J. DAVID SANDERS
Assistant United States Attorney